FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZACHARY SKONE,<br><br>                Plaintiff,<br><br>    v.<br><br>JOSPEH FREEMAN, Deputy; and DEREK JAY, Corrections Sergeant,<br><br>                Defendants. | NO: 2:18-CV-319-RMP<br><br>ORDER OF DISMISAL WITH PREJUDICE AND WITHOUT COSTS |

BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal with Prejudice and without Costs, ECF No. 21.  Having reviewed the Motion and the record, the Court finds good cause to grant dismissal as requested.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Order of Dismissal with Prejudice and without Costs, **ECF No. 21**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS ~ 1

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** February 7, 2020.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS ~ 2